IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MYRON J. JACKSON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:09-CV-631-MEF |
| | ) |
| UNITED STATES HOUSE OF | ) |
| REPRESENTATIVES, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

# **ORDER**

The Magistrate Judge filed a Recommendation (Doc. #4) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation of the Magistrate Judge (Doc. #4) is adopted. Plaintiff's complaint is DISMISSED with prejudice and prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii), due to Plaintiff's failure to state a claim upon which relief may be granted and inability to recover his requested relief from the named defendants.

DONE this the 10th day of September, 2009.

                                                   /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE